**Electronically Filed
Supreme Court
SCWC-30110
08-JUL-2013
11:00 AM**

SCWC-30110

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

RICHARD NELSON III, KALIKO CHUN, JAMES AKIONA, SR.,
SHERILYN ADAMS, KELII IOANE, JR., and CHARLES AIPIA (deceased),
Respondents/Plaintiffs/Appellants,

vs.

HAWAIIAN HOMES COMMISSION, THE DEPARTMENT OF HAWAIIAN HOME LANDS,
JOBIE MASAGATANI, in her official capacity as Chair of the
Hawaiian Homes Commission, IMAIKALANI P. AIU, PERRY ARTATES,
LEIMANA K. DAMATE, GENE ROSS DAVIS, JEREMY KAMAKANEOALOHA
HOPKINS, MICHAEL P. KAHIKINA, IAN LEE LOY, and
RENWICK V. I. TASSILL, in their official capacities
as members of the Hawaiian Homes Commission,[1]
Respondents/Defendants/Appellees,

and

KALBERT K. YOUNG, in his official capacity as the
State Director of Finance, and the STATE OF HAWAIʻI,
Petitioners/Defendants/Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30110; CIVIL NO. 07-1-1663-08)

ORDER OF CORRECTION
(By:  Acoba, J.)

IT IS HEREBY ORDERED that the concurring and dissenting

---

[1]     During the pendency of this motion, Jobie Masagatani succeeded
Alapaki Nahale-a as the Chair of the Hawaiian Homes Commission, and Gene Ross
Davis succeeded Henry K. Tancayo as a member of the Hawaiian Homes Commission.
Thus, pursuant to Hawaiʻi Rules of Appellate Procedure Rule ("HRAP") 43(c)(1)
(2012), Masagatani and Davis have been substituted automatically for Nahale-a
and Tancayo in this case.

opinion filed on June 28, 2013 is corrected as follows:

On page 17, footnote 14 is deleted and the subsequent footnote numbers are changed to reflect the deletion.

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawaiʻi, July 8, 2013.

/s/ Simeon R. Acoba, Jr.



2